UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20738

MARÍA ELENA HERNÁNDEZ,

      Plaintiff,

vs.

MEDX STAFFING SOLUTIONS,
INC. AND NOMI HEALTH, INC.,

      Defendants.

_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, María Elena Hernández, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 24th day of February 2023.

s/ Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*