UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20738

MARIA HERNANDEZ,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiff, Maria Hernandez, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

*Robert Silva vs. Medx Staffing, Inc. and NoMi Health, Inc.* 1:23-CV-20588

*Paul Rodriguez vs. Medx Staffing, Inc. and NoMi Health, In.* 1:23-CV-20741

*Juan Valdez vs. Medex Staffing. Inc and NoMi Health, Inc.* 1:23-CV-20753

*Gary Baugh vs. Medx Staffing, Inc. and NoMi Health, Inc.* 1:23-CV-20821

Respectfully submitted this 3rd day of March 2023,

                                                  Toussaint M. Cummings, Esq.
                                                  Toussaint M. Cummings, Esq.
                                                  Fla. Bar No. 119877
                                                  toussaint@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com