UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20738

MARÍA ELENA HERNÁNDEZ,

    Plaintiff,

vs.

MEDX STAFFING SOLUTIONS,
INC. AND NOMI HEALTH, INC.,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, MEDX STAFFING, INC.

Plaintiff, María Elena Hernández files the Return of Service on Defendant, MEDX STAFFING, INC. (served on March 2nd, 2023).

Dated this 7th day of March 2023.

                                                      s/Toussaint Cummings, Esq.
                                                      Toussaint M. Cummings, Esq.
                                                      Fla. Bar No. 119877
                                                      toussaint@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:   305.230.4884
                                                      *Counsel for Plaintiff*