## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-20738-CMA

Plaintiff:
**MARÍA HERNÁNDEZ**

vs.

Defendant:
**NOMI HEALTH, INC. AND MEDX STAFFING, INC.**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 1st day of March, 2023 at 11:29 am to be served on **MEDX STAFFING, INC. c/o CT CORPORATION SYSTEM, its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Kenneth Wolf, do hereby affirm that on the **2nd day of March, 2023** at **2:09 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Donna Moch, section head** as **Authorized Employee Of Registered Agent** for **MEDX STAFFING, INC.**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 135, Hair: Grey, Glasses: Y

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Kenneth Wolf**
Special Process Server, No 188

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023000291