UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20738

MARÍA ELENA HERNÁNDEZ,

    Plaintiff,

vs.

MEDX STAFFING SOLUTIONS,
INC. AND NOMI HEALTH, INC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE**
**ON DEFENDANT, NOMI HEALTH, INC.**

Plaintiff, María Elena Hernández files the Return of Service on Defendant, NOMI HEALTH, INC . (served on March 2nd, 2023).

Dated this 7th day of March 2023.

                                            s/Toussaint Cummings, Esq.
                                            Toussaint M. Cummings, Esq.
                                            Fla. Bar No. 119877
                                            toussaint@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*