UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20738-CIV-ALTONAGA/Damian

**MARIA HERNANDEZ**,

    Plaintiff,

v.

**MEDX STAFFING, INC.**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants, Medx Staffing, Inc. and Nomi Health, Inc. appear to have been served. (*See* Returns of Service [ECF Nos. 67 and 8]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers by **March 23, 2023**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of March, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record