UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20738

MARÍA ELENA HERNÁNDEZ,

    Plaintiff,

vs.

MEDX STAFFING SOLUTIONS,
INC. AND NOMI HEALTH, INC.,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, María Elena Hernández, pursuant to the Court's Order entered on February 27, 2023 [ECF No. 5], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that she is owed **$21,352.50**.

4. Plaintiff calculated the amount she estimated he is owed as follows:

Defendants agreed to pay Plaintiff $45 an hour. Plaintiff worked overtime during the pandemic administering vaccinations at several mobile sites during the period of June 24, 2021- November 30, 2022, for a total of 73 weeks.

### **Unpaid Overtime Wages**

53 hours / week − 40 hours / week = 13 OT Hours / week

13 OT Hours / week x $22.50 = $292.50 OT Owed / week

$292.50 OT / week x 73 weeks = **$21,352.50 FLSA OT Wages Owed**

5. Plaintiff is claiming that she is owed for wages worked **between June 24, 2021 and November 30, 2022**.

6. Plaintiff estimates that he is owed $21,352.50 in **unpaid/underpaid overtime wages**.

7. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

8. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

9. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

10. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 8th day of March 2023.

s/Toussaint Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*