UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-20783-KMM

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 23.124.46.159,

    Defendant.
_____/

### ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure 2.15.00, due to the related nature of *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 99.76.38.143*, Case No. 0:22-cv-61284-RKA, and subject to the consent of the Honorable Roy K. Altman, it is hereby ORDERED AND ADJUDGED that the above-captioned cause is transferred to the calendar of Judge Roy K. Altman for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of March, 2023.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above-captioned cause, the undersigned accepts the transfer of this case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings filed after this date shall bear the following case number, 1:23-cv-20783-RKA, indicating the Judge to whom all pleadings should be routed.

DONE AND ORDERED in Chambers at Miami, Florida, this  9  day of March, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

c:   Clerk of Court
     All counsel of record