**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:23-cv-20738-ALTONAGA-DAMIAN**

MARIA ELENA HERNANDEZ,

      Plaintiff,

  v.

MEDX STAFFING INC. and
NOMI HEALTH, INC.,

      Defendants.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

This matter has come before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration. Having considered the Joint Motion, and good cause appearing, the Court **GRANTS** the Joint Motion. It is hereby **ORDERED** that the parties' arbitration agreement is valid and enforceable, and that the claims in this action are covered by it. Plaintiff's claims in this action are compelled to individual arbitration in accordance with the agreement. This case is stayed pending the resolution of that arbitration.

      **DONE AND ORDERED** this \_\_\_\_ day of _____ 2023.

 

                                                    Honorable Cecilia M. Altonaga
                                                    United States District Judge