UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20738-CIV-ALTONAGA/Damian

**MARIA HERNANDEZ**,

    Plaintiff,

v.

**MEDX STAFFING, INC.**; *et al.*,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court on the Joint Stipulation to Stay Proceedings Pending Arbitration [ECF No. 14], filed March 23, 2023. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' arbitration agreement is valid and enforceable, and the claims in this action are covered by it. Plaintiff's claims in this action are compelled to individual arbitration in accordance with the agreement.

2. The case is **STAYED** pending resolution of arbitration.

3. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record